# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Michael Brice

**DEFENDANTS**
Officer D. Kleinfelder, Star #13571, et. al.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605
(312) 697-0022

Attorneys (If Known)

## II. BASIS OF JURISDICTION

[X] 3 Federal Question (U.S. Government Not a Party)

## IV. NATURE OF SUIT

[X] 440 Other Civil Rights

## V. ORIGIN

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

42 U.S.C. 1983 False Arrest

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: [X] Yes  [ ] No

## IX. This case

[X] is not a refiling of a previously dismissed action.

[ ] is a refiling of case number _____, previously dismissed by Judge _____