**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Michael Brice<br><br>v.<br><br>Officer D. Kleinfelder, Star #13571, et. al. | Case Number:<br>FILED COPY: MAY 22, 2008<br>08CV2995   EDA<br>JUDGE GRADY<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Brice

| |
|---|
| NAME (Type or print)<br>Kevin Peters |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kevin Peters |
| FIRM |
| STREET ADDRESS<br>407 S. Dearborn St., Suite 1675 |
| CITY/STATE/ZIP<br>Chicago, IL 60605 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 06184460 — TELEPHONE NUMBER: (312) 697-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |