IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BRICE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 08 C 2995 |
| | ) | |
| v. | ) | HONORABLE JOHN F. GRADY |
| | ) | Judge Presiding |
| THE CHICAGO OF CHICAGO, OFFICERS | ) | |
| D. KLEINFELDER, STAR #13571, | ) | MAGISTRATE JUDGE BROWN |
| J. LAVORATA, STAR #8464, OTHER | ) | |
| UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, OTHER UNKNOWN | ) | |
| EMPLOYEES OF THE CHICAGO | ) | |
| POLICE DEPARTMENT'S 18TH DISTRICT, | ) | |
| SERGIO INTERIAL, and UNKKOWN | ) | |
| EMPLOYEES OF THE HANGEE-UPPE | ) | |
| TAVERN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION
FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, CITY OF CHICAGO ("Defendant")[1], by its attorney, Jonathan Clark Green, Assistant Corporation Counsel of the City of Chicago, respectfully requests this Honorable Court, pursuant to FRCP 6(b)(1), to enlarge by 30 days the time in which it may answer or otherwise plead in this matter.

In support of this motion, the undersigned states as follows:

1. I, the undersigned, am the Senior Corporation Counsel of the City of Chicago, Federal Civil Rights Litigation Division, assigned at this time to represent the Defendant in this matter.

2. I just received notice that the City of Chicago was served in this matter on May

---

[1] Defendant, the Police Officer having been served in this matter, files this Motion solely on his own behalf, and not on behalf of any other named or unnamed defendants.

1

27, 2008, and that its answer is due today, June 16, 2008.

3. I was in trial before Magistrate Judge Denlow in <u>Kiswani v. City of Chicago, et al.</u>, 05 C 4559, until late last week and was not able to review my mail until today.

4. I have not yet been able to assemble any documentation in this matter, and have not been able to investigate this matter with the City to be in a position to respond to Plaintiff's new Amended Complaint.

5. I will need an additional thirty (30) days to answer or otherwise plead to Plaintiff's Amended Complaint.

6. By telephone today, Plaintiff's counsel Kevin Peters stated that he had no objection to this extension, and that I could file it as an agreed motion.

7. This motion is Defendant City of Chicago's first motion for an enlargement of time To answer or otherwise plead in this matter, is filed in good faith, and is not for purposes of delay.

WHEREFORE, Defendant City of Chicago respectfully moves this Honorable Court to enlarge it's time to answer or otherwise plead in this matter for thirty (30) days, up to and including July 16, 2008.

Respectfully submitted,

___/s/ Jonathan Clark Green_____
Jonathan Clark Green
Senior Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0226