IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BRICE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 08 C 2995 |
| | ) | |
| v. | ) | HONORABLE JOHN F. GRADY |
| | ) | Judge Presiding |
| THE CHICAGO OF CHICAGO, OFFICERS | ) | |
| D. KLEINFELDER, STAR #13571, | ) | MAGISTRATE JUDGE BROWN |
| J. LAVORATA, STAR #8464, OTHER | ) | |
| UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, OTHER UNKNOWN | ) | |
| EMPLOYEES OF THE CHICAGO | ) | |
| POLICE DEPARTMENT'S 18TH DISTRICT, | ) | |
| SERGIO INTERIAL, and UNKKOWN | ) | |
| EMPLOYEES OF THE HANGEE-UPPE | ) | |
| TAVERN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Mary F. DeSloover
       Kevin R. Peters
       Thomas M. Peters
       Attorneys at Law
       407 S. Dearborn Street, #1735
       Chicago, IL  60605

**PLEASE TAKE NOTICE** that on June 25, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable John F. Grady, or whomever shall be sitting in his stead, in Room 2201 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there

present the attached **DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

Respectfully submitted,

___/s/  Jonathan Clark Green_____
JONATHAN CLARK GREEN
Senior Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 744-0226
Atty. No. 6193934

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **DEFENDANT CITY OF CHICAGO'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWSIE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 16th day of June, 2008, unless the respective party has otherwise been officially served via the Court's e-filing system.

__/s/ Jonathan Clark Green_____
Jonathan Clark Green