**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 2995 |

Michael Brice,

v.

City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

D. Kleinfelder (#13571), Defendant

J. Lavorata (#8464), Defendant

| |
|---|
| NAME (Type or print)<br>Meghan K. Kennedy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Meghan K. Kennedy |
| FIRM   City of Chicago Department of Law |
| STREET ADDRESS   30 North LaSalle Street, Suite 1020 |
| CITY/STATE/ZIP   Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6283230   TELEPHONE   312-744-9653 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES **X**  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |