IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL BRICE,** | ) | |
| | ) | No. 08 C 02995 |
| Plaintiff, | ) | |
| | ) | Judge Grady |
| v. | ) | |
| | ) | |
| **THE CITY OF CHICAGO, OFFICERS,** | ) | Magistrate Judge Brown |
| **D. KLEINFELDER, STAR #13571,** | ) | |
| **J. LAVORATA, STAR #8464, OTHER** | ) | Jury Demand |
| **UNKNOWN CHICAGO POLICE** | ) | |
| **OFFICERS, OTHER UNKNOWN** | ) | |
| **EMPLOYEES OF THE CHICAGO** | ) | |
| **POLICE DEPARTMENTS 18TH** | ) | |
| **DISTRICT, SERGIO INTERIAL, and** | ) | |
| **UNKNOWN EMPLOYEES OF THE** | ) | |
| **HANGEE-UPPE TAVERN,** | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' KLEINFELDER AND LAVORATA'S AGREED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

Defendants, John Lavorata and David Kleinfelder, by their attorney Meghan K. Kennedy, Assistant Corporation Counsel, and with the agreement of Plaintiff's counsel, move this Court for an extension of time until August 6, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion state:

1.	Defendants Lavorata and Kleinfelder were served with plaintiff's Complaint on June 19, 2008.  Therefore, their Answer or other responsive pleading is due on July 9, 2008.

2.	On June 30, 2008, the undersigned was assigned to this case and filed her appearance on behalf of Officers Lavorata and Kleinfelder.

3.	The undersigned has not yet had an opportunity to review records pertinent to

this case or to interview the defendant officers regarding the facts and circumstances alleged in plaintiff's Complaint. Therefore, the individual defendants respectfully request a twenty-eight day extension, until August 6, 2008, to answer or otherwise plead, so that the officers and their counsel may adequately confer before filing.

4.  This motion is Officers Lavorata and Kleinfelder's first request for an extension of time to answer or otherwise plead. Upon information and belief, this request for an extension will not prejudice any party nor unduly delay the resolution of the disputed issues.

5.  On July 1, 2008, defendants' counsel sought agreement from plaintiff's attorney, Mary DeSloover, for this extension of time, which she has granted.

**WHEREFORE,** defendants Lavorata and Kleinfelder respectfully ask this Court for an extension of time until August 6, 2008, to file their Answer or to otherwise plead to plaintiff's Complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL


BY:   /s/ *Meghan K. Kennedy*
         Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230

-2-