IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BRICE, | ) | |
| | ) | No. 08 C 02995 |
| Plaintiff, | ) | |
| | ) | Judge Grady |
| v. | ) | |
| | ) | |
| THE CITY OF CHICAGO, OFFICERS, | ) | Magistrate Judge Brown |
| D. KLEINFELDER, STAR #13571, | ) | |
| J. LAVORATA, STAR #8464, OTHER | ) | Jury Demand |
| UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, OTHER UNKNOWN | ) | |
| EMPLOYEES OF THE CHICAGO | ) | |
| POLICE DEPARTMENTS 18TH | ) | |
| DISTRICT, SERGIO INTERIAL, and | ) | |
| UNKNOWN EMPLOYEES OF THE | ) | |
| HANGEE-UPPE TAVERN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| To: Mary F. DeSloover | Kevin R. Peters | Thomas M. Peters |
| Law Offices of Mary DeSloover | Law Offices of Kevin Peters | Law Offices of Thomas Peters |
| 407 South Dearborn #1735 | 407 South Dearborn #1675 | 407 Couth Dearborn #1675 |
| Chicago, Illinois 60605 | Chicago, Illinois 60605 | Chicago, Illinois 60605 |

 **PLEASE TAKE NOTICE** that on July 2, 2008, Defendants, Lavorata and Kleinfelder, filed their **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

 **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Grady, or before such other judge sitting in his place, on the 9th of July, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

 I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 2nd day of July, 2008.

                           /s/ ***Meghan K. Kennedy***
                           Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230