# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2995 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Brice vs. The City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Hearing on agreed motion for extension of time to answer or otherwise plead to plaintiff's complaint held. Agreed motion for extension of time to answer or otherwise plead to plaintiff's complaint is granted. Defendants to answer or plead to the 2nd amended complaint on or before 08/08/2008.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|