IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BRICE, ) | | |
| *Plaintiff,* ) | | |
| vs. ) | No. | 08 CV 2995 |
| THE CITY OF CHICAGO, OFFICERS D. ) | | |
| KLEINFELDER, STAR #13571, J. LAVORATA, ) | | Judge Grady |
| STAR #8464, OTHER UNKNOWN CHICAGO ) | | |
| POLICE OFFICERS, OTHER UNKNOWN ) | | Magistrate Judge Brown |
| EMPLOYEES OF THE CHICAGO POLICE ) | | |
| DEPARTMENTS 18th DISTRICT, SERGIO ) | | |
| INTERIAL, and UNKNOWN EMPLOYEES OF THE ) | | |
| HANGEE-UPPE TAVERN, ) | | |
| *Defendants.* ) | | |

## DEFENDANT THE HANGEE UPPE, INC.'S
## ANSWER TO THE SECOND AMENDED COMPLAINT

Defendant, THE HANGEE UPPE, INC., by its attorneys, LINDSAY, RAPPAPORT & POSTEL, LLC, and for its Answer to Plaintiff's Second Amended Complaint, states as follows:

### COUNTS I – III

These Counts are not directed toward the answering Defendant THE HANGEE UPPE, INC.,.

### COUNT IV – BATTERY

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

**WHEREFORE**, Defendant THE HANGEE UPPE, INC., requests that this Court enter judgment in its favor and against the Plaintiff.

## COUNT V – MALICIOUS PROSECUTION

This Count is not directed toward the answering Defendant THE HANGEE UPPE, INC.,

## COUNT VI – STATUTORY INDEMNIFICATION

This Count is not directed toward the answering Defendant THE HANGEE UPPE, INC.,.

Lindsay, Rappaport & Postel, LLC

s/ Stuart N. Rappaport
Stuart N. Rappaport
Attorney for The Hangee Uppe, Inc.

Lindsay, Rappaport & Postel, LLC
221 N. West Street
Waukegan, IL  60085
Tel: 847/244-4140
Fax: 847/244-4203

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, I electronically filed Defendant The Hangee Uppe, Inc.'s Answer to Plaintiff's Second Amended Complaint with the Clerk of the Court using the ECF system which sent notification of such filing to Filing Users in this matter.

s/ Carol L. Vela