IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL BRICE,** | ) |
| | ) No. 08 C 02995 |
| Plaintiff, | ) |
| | ) Judge Grady |
| v. | ) |
| | ) Magistrate Judge Brown |
| **THE CITY OF CHICAGO, et al.,** | ) |
| | ) Jury Demand |
| Defendants. | ) |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Thomas Peters
　　　Mary DeSloover
　　　Kevin Peters
　　　407 South Dearborn, Suite 1675
　　　Chicago, Illinois  60605

**PLEASE TAKE NOTICE** that on this 8th day of August 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS, CITY OF CHICAGO AND OFFICERS KLEINFELDER AND LAVORATA'S ANSWERS, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 8th day of August 2008.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:   */s/ Sanjay Patel*
　　　　　　　　　　　　　　　　SANJAY H. PATEL
　　　　　　　　　　　　　　　　Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 742-3902
Attorney No. 6272840